978 F.2d 718
 Burrell (Melba J.)
v.
Board of Trustees of Ga. Military College, Goldstein (Jacob
L.), Baggarly (Alva L.); Burrell (Melba J.) v. Board of
Trustees of Ga. Military College, Baggarly (Alva L.), Mayor
and Alderman of City of Milledgeville, Baugh (James E.),
Goldstein (Jacob L.); Burrell (Melba J.) v. Board of
Trustees of Ga. Military College, Baugh (James E.),
Goldstein (Jacob L.), Mayor and Alderman of City of Milledgeville
 NOS. 90-8540, 90-8930
 United States Court of Appeals,
Eleventh Circuit.
 Oct 29, 1992
 M.D.Ga., 970 F.2d 785
 
 1
 DENIALS OF REHEARING EN BANC.